IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Jeremy B. Shepherd and Jennifer N. Shepherd, | : | Bankruptcy No. 24-20435-CMB |
| Debtor, | : | Chapter 13 |
| | : | |
| Nationstar Mortgage LLC, | : | |
| Secured Creditor, | : | |
| | : | |
| Jeremy B. Shepherd and Jennifer N. Shepherd, | : | |
| Debtors / Respondents, | : | |
| | : | |
| and | : | |
| Ronda J. Winnecour, | : | |
| Trustee/Respondent. | : | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>Roger Fay, Esquire
>Albertelli Law
>14000 Commerce Parkway, Suite H
>Mount Laurel, NJ 08054
>(856) 724-1888

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: March 12, 2024                                ALBERTELLI LAW

                                                                            BY: /s/ Roger Fay, Esq., ID No. 315987
                                                                            14000 Commerce Parkway, Suite H
                                                                            Mount Laurel, NJ 08054
                                                                            rfay@alaw.net

232212-1