IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeremy B. Shepherd | ) | |
| Jennifer N. Shepherd, | ) | Case No. 24-20435 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Jennifer N. Shepherd, | ) | Document No. |
| Social Security No. XXX-XX-3584 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| PNC Bank NA and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 28, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jennifer N. Shepherd
26 Arlor Drive
Pittsburgh, PA 15214

PNC Bank NA
Attn: Payroll Dept.
1900 East 9th St
B7-YB13-23-1
Cleveland, OH 44114

Date of Service: May 28, 2024

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965