IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-20435 CMB |
| Jeremy B. Shepherd | ) | |
| Jennifer N. Shepherd, | ) | Chapter 13 |
| *Debtors* | ) | Related to Docket No. 41 & 42 |
| | ) | |
| Jeremy B. Shepherd | ) | |
| Jennifer N. Shepherd, | ) | |
| *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| *No Respondents* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on February 20, 2025, a true and correct copy of the *Order of Court dated February 19, 2025 together with the Amended Schedules I & J* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee


Date of Service: February 20, 2025          /s/ Kenneth Steidl
                                                            Kenneth Steidl, Esquire
                                                            Attorney for the Debtor
                                                            STEIDL & STEINBERG
                                                            436 Seventh Avenue, Suite 322
                                                            Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           ken.steidl@steidl-steinberg.com
                                                           PA I.D. No. 34965

```
Label Matrix for local noticing          Aidvantage                                Aidvantage
0315-2                                   Attn: Bankruptcy                          Po Box 3229
Case 24-20435-CMB                        Po Box 9635                               Wilmington, DE 19804-0229
WESTERN DISTRICT OF PENNSYLVANIA         Wiles-Barr, PA 18773-9635
Pittsburgh
Thu Feb 20 15:01:31 EST 2025

Aidvantage on behalf of                  Allegheny Health Network                  Bank of America
Dept of Ed Loan Services                 PO Box 645266                             Attn: Bankruptcy
P.O. Box 300001                          Pittsburgh, PA 15264-5250                 4909 Savarese Circle
Greenville, TX 75403-3001                                                          Tampa, FL 33634-2413


Bank of America                          Bank of America, N.A.                     Capital One Auto Finance
Po Box 982238                            PO Box 673033                             Attn: Bankruptcy
El Paso, TX 79998-2238                   Dallas, TX 75267-3033                     7933 Preston Rd
                                                                                   Plano, TX 75024-2302


Capital One Auto Finance                 Capital One Auto Finance, a division of Capi   Denise Carlon
PO Box 60511                             4515 N Santa Fe Ave. Dept. APS                 KML Law Group, P.C.
City of Industry, CA 91716-0511          Oklahoma City, OK 73118-7901                   701 Market Street
                                                                                        Suite 5000
                                                                                        Philadelphia, PA 19106-1541


(p)JPMORGAN CHASE BANK  N A              Citi Card/Best Buy                        Citi Card/Best Buy
BANKRUPTCY MAIL INTAKE TEAM              Attn: Citicorp Cr Srvs Centralized Bankr  Po Box 6497
700 KANSAS LANE FLOOR 01                 Po Box 790040                             Sioux Falls, SD 57117-6497
MONROE LA 71203-4774                     St Louis, MO 63179-0040


Citibank                                 Citibank                                  Citibank N.A.
Citicorp Cr Srvs/Centralized Bankruptcy  Po Box 6217                               Citibank, N.A.
Po Box 790040                            Sioux Falls, SD 57117-6217                5800 S Corporate Pl
St Louis, MO 63179-0040                                                            Sioux Falls, SD  57108-5027


Citibank/Sears                           Citibank/Sears                            Citicards/CBNA
Citicorp Cr Srvs/Centralized Bankruptcy  Po Box 6217                               PO Box 6241
Po Box 790040                            Sioux Falls, SD 57117-6217                Sioux Falls, SD 57117-6241
St Louis, MO 63179-0040


Discover Bank                            Discover Financial                        Discover Financial
Discover Products Inc                    Attn: Bankruptcy                          Po Box 30939
PO Box 3025                              Po Box 3025                               Salt Lake City, UT 84130-0939
New Albany, OH  43054-3025               New Albany, OH 43054-3025


Duquesne Light Company                   (p)BERNSTEIN BURKLEY PC                   Roger Fay
c/o Bernstein-Burkley, P.C.              ATTN KERI EBECK                           Albertelli Law
601 Grant Street, 9th Floor              601 GRANT STREET                          14000 Commerce Parkway
Pittsburgh, PA 15219-4430                9TH FLOOR                                 Suite H
                                         PITTSBURGH PA 15219-4430                  Mount Laurel, NJ 08054-2242


(p)MANLEY DEAS KOCHALSKI LLC             Jeffrey Hunt                              (p)JEFFERSON CAPITAL SYSTEMS LLC
ATTN BANKRUPTCY DEPT                     GRB Law                                   PO BOX 7999
1555 LAKE SHORE DRIVE                    525 William Penn Place                    SAINT CLOUD MN 56302-7999
COLUMBUS OH 43204-3825                   Suite 3110
                                         Pittsburgh, PA 15219-1753
```

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MOHELA
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Navient
Attn:  Bankruptcy
Po Box 9500
Wilkes Barre, PA 18773-9500

Navient
Po Box 300001
Greenville, TX 75403-3001

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

PNC Financial
PO Box 71335
Cleveland, OH 44191-0535

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

Jennifer N. Shepherd
26 Arlor Drive
Pittsburgh, PA 15214-2139

Jeremy B. Shepherd
26 Arlor Drive
Pittsburgh, PA 15214-2139

Ryan Starks
Brock & Scott PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103-2930

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219-1908

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Care Credit
Po Box 71757
Philadelphia, PA 19176-1757

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams Club
Po Box 71727
Philadelphia, PA 19176-1727

(p)TD BANK USA N A
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

Target
Po Box 673
Minneapolis, MN 55440-0673

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440-9475

US Department of Education
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

US Department of Education/MOHELA 633 Spirit
Chesterfield MO 63005-1243

Wells Fargo Bank, N.A.
11625 N. Community House Rd
Charlotte, NC 28277-1581

Wells Fargo Home Mortgage
Po Box 10335
Des Moines, IA 50306-0335

| | | |
|---|---|---|
| Western PA Surgery Center<br>6001 Stonewood Drive<br>Wexford, PA 15090-7380 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Auto Finance<br>900 Stewart Ave<br>Garden City, NY 11530 | (d)Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 |
| Stephen Russell Franks<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| MOHELA<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005 | Nationstar Mortgage LLC<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 |
| (d)PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)PNC Financial<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | (d)PNC Financial<br>Attn: Bankruptcy<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 |
| (d)PNC Financial Services<br>Attn: Bankruptcy<br>300 Fifth Ave<br>Pittsburgh, PA 15222 | (d)PNC Financial Services<br>PO Box 747032<br>Pittsburgh, PA 15274 | (d)Pnc Mortgage<br>Attn: Bankruptcy<br>8177 Washington Church Rd,<br>Dayton, OH 45458 |
| (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Daughter | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (u)JPMORGAN CHASE BANK, N.A. |

(u)Nationstar Mortgage LLC    (u)PNC BANK, NATIONAL ASSOCIATION    (u)Sallie Mae P.O. Box 3319 Wilmington DE 198

**End of Label Matrix**
**Mailable recipients**    61
**Bypassed recipients**     6
**Total**                  67