IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
JEREMY B. SHEPHERD                                  )   Case No. 24-20435 CMB
JENNIFER N. SHEPHERD,                               )
                                                    )   Chapter 13
                        Debtor(s).                  )
_____                 X

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:    Debtor

☐ a motion to lift stay
as to creditor _____

☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Chapter 13 Plan dated February 23, 2024
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor's Plan payments shall be changed from $ 2,384.00 to
$ 2,490.00 per month, effective February 2025 ; and/or the Plan term
shall be changed from _____ months to _____ months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the
Trustee or a party in interest may file with the Court and serve upon Debtor and

Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve _____ on or before _____ .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X Other:
- Sallie Mae Claim #5 student loans specially classified at $25.00/mo.
- Sallie Mae Claim #6 student loans specially classified at $25.00/mo.
- Sallie Mae Claim #7 student loans specially classified at $25.00/mo.
- Aidvantage Claim #22 student loans specially classified at $25.00/mo.
- US Dept. of Education Claim # 23 student loans specially classified at $25.00/mo.
- US Dept. of Education/Mohela Claim # 24 student loans specially classified at $25.00/mo.
- Navient listed in section 5.3 of the original plan will no longer receive payments as this debt is now represented by claim 23. All prior payments on this debt were proper.
- Legal fees of $500.00 have been added. These additional legal fees do not exceed the Court's "no-look" fee.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of February, 2025.

Dated: February 26, 2025

*Carlota M. Böhm* dmr
United States Bankruptcy Judge

Stipulated by:

/s/ Kenneth Steidl
 Counsel to Debtor
Kenneth Steidl, Esquire
STEIDL & STEINBERG
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 34965
ken.steidl@steidl-steinberg.com

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
2/26/25 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20435-CMB |
| Jeremy B. Shepherd | Chapter 13 |
| Jennifer N. Shepherd | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremy B. Shepherd, Jennifer N. Shepherd, 26 Arlor Drive, Pittsburgh, PA 15214-2139 |
| 15688577 | + | PNC Financial, PO Box 71335, Cleveland, OH 44191-0535 |
| 16424992 | + | US Department of Education/MOHELA 633 Spirit Drive, Chesterfield MO 63005-1243 |
| 15688592 | | Western PA Surgery Center, 6001 Stonewood Drive, Wexford, PA 15090-7380 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:51:10 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 03:46:23 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Feb 27 2025 02:33:13 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 15688531 | ^ | MEBN | Feb 27 2025 00:20:14 | Aidvantage, Po Box 3229, Wilmington, DE 19804-0229 |
| 15688534 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 27 2025 01:40:04 | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr, PA 18773-9635 |
| 15804984 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 27 2025 03:46:19 | Aidvantage on behalf of, Dept of Ed Loan Services, P.O. Box 300001, Greenville, TX 75403-3001 |
| 15688537 | ^ | MEBN | Feb 27 2025 00:20:22 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15688538 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15688542 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15714538 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15688547 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 27 2025 03:46:19 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15688546 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 27 2025 02:02:08 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 15688548 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:29:09 | Chase Auto Finance, 900 Stewart Ave, Garden City, NY 11530-4891 |
| 15688549 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:15:29 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 15688550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:29:18 | Citi Card/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15688551 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:53 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15688552 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:01:56 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15688553 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:29:30 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15709729 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:01:54 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15688554 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:54 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15688555 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:39:55 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15688556 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:42 | Citicards/CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 15691338 | | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15688560 | + | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:36:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15688561 | + | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15711382 | + | Email/Text: jdryer@bernsteinlaw.com | Feb 27 2025 00:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15704340 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15700421 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:15:37 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15692938 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:29:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15688563 | | Email/Text: EBN@Mohela.com | Feb 27 2025 00:36:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 15688562 | ^ | MEBN | Feb 27 2025 00:20:51 | MOHELA, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15706695 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15688564 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2025 00:36:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 15708489 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2025 00:36:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Department, PO Box 619096, Dallas, TX 75261-9741 |
| 15688565 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |

Case 24-20435-CMB  Doc 49  Filed 02/28/25  Entered 03/01/25 00:31:25  Desc Imaged
Certificate of Notice  Page 6 of 8

| District/off: 0315-2 | User: auto | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15688571 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 27 2025 01:40:04 | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| | | | Feb 27 2025 01:40:19 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15710283 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15709464 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15688578 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Financial, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 15688579 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |
| 15688582 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 15688581 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | PNC Financial Services, PO Box 747032, Pittsburgh, PA 15274 |
| 15688584 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 15688583 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2025 00:36:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15688586 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 02:02:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15688585 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:51:10 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 15688588 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:34 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15688587 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:31 | Synchrony Bank/Sams Club, Po Box 71727, Philadelphia, PA 19176-1727 |
| 15712645 | | Email/Text: bncmail@w-legal.com | Feb 27 2025 00:37:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 15688589 | + | Email/Text: bncmail@w-legal.com | Feb 27 2025 00:37:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15688590 | + | Email/Text: bncmail@w-legal.com | Feb 27 2025 00:37:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15805044 | + | Email/Text: EBN@edfinancial.com | Feb 27 2025 00:36:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15688591 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Feb 27 2025 02:21:39 | Wells Fargo Home Mortgage, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | JPMORGAN CHASE BANK, N.A. |
| cr | | Nationstar Mortgage LLC |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 15688557 | | Daughter |
| 15688558 | | Daughter |
| 15688559 | | Daughter |
| 15705949 | | Sallie Mae P.O. Box 3319 Wilmington DE 19804 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15688532 | *+ | Aidvantage, Po Box 3229, Wilmington, DE 19804-0229 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 58 |

| | | |
|---|---|---|
| 15688533 | *+ | Aidvantage, Po Box 3229, Wilmington, DE 19804-0229 |
| 15688535 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr, PA 18773-9635 |
| 15688536 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 9635, Wiles-Barr, PA 18773-9635 |
| 15688539 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15688540 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15688541 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15688543 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15688544 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15688545 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15688566 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15688567 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15688568 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15688569 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15688570 | *+ | Navient, Po Box 300001, Greenville, TX 75403-3001 |
| 15688572 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15688573 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15688574 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15688575 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15688576 | *+ | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 15688580 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Financial, Attn: Bankruptcy, 300 Fifth Avenue, Pittsburgh, PA 15222 |

TOTAL: 7 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com

Kenneth Steidl
    on behalf of Debtor Jeremy B. Shepherd julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Jennifer N. Shepherd julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 5 of 5
Date Rcvd: Feb 26, 2025　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 58

Roger Fay
    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor Wells Fargo Bank  N.A. Ryan.Starks@brockandscott.com, wbecf@brockandscott.com

Stephen Russell Franks
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

TOTAL: 10