IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-20435 CMB |
| Jeremy B. Shepherd ) | |
| Jennifer N. Shepherd, ) | Chapter 13 |
| *Debtors* ) | Docket No. |
| ) | |
| Jeremy B. Shepherd ) | |
| Jennifer N. Shepherd, ) | |
| *Movants* ) | |
| ) | |
| vs. ) | |
| ) | |
| *No Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 30, 2025, a true and correct copy of the *Order of Court dated April 29, 2025 together with the Amended Schedule I* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee


Date of Service: April 30, 2025            /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                            Attorney for the Debtor
                                            STEIDL & STEINBERG
                                            436 Seventh Avenue, Suite 322
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            ken.steidl@steidl-steinberg.com
                                            PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 24-20435-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Apr 30 10:37:28 EDT 2025 | Aidvantage<br>Attn: Bankruptcy<br>Po Box 9635<br>Wiles-Barr, PA 18773-9635 | Aidvantage<br>Po Box 3229<br>Wilmington, DE 19804-0229 |
| Aidvantage on behalf of<br>Dept of Ed Loan Services<br>P.O. Box 300001<br>Greenville, TX 75403-3001 | Allegheny Health Network<br>PO Box 645266<br>Pittsburgh, PA 15264-5250 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 |
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2302 |
| Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Chase Auto Finance<br>900 Stewart Ave<br>Garden City, NY 11530-4891 | Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101-2076 | Citi Card/Best Buy<br>Attn: Citicorp Cr Srvs Centralized Bankr<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Citi Card/Best Buy<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Citibank/Sears<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank/Sears<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Citicards/CBNA<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (p)BERNSTEIN BURKLEY PC<br>ATTN KERI EBECK<br>601 GRANT STREET<br>9TH FLOOR<br>PITTSBURGH PA 15219-4430 |
| Roger Fay<br>Albertelli Law<br>14000 Commerce Parkway<br>Suite H<br>Mount Laurel, NJ 08054-2242 | (p)MANLEY DEAS KOCHALSKI LLC<br>ATTN BANKRUPTCY DEPT<br>1555 LAKE SHORE DRIVE<br>COLUMBUS OH 43204-3825 | Jeffrey Hunt<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 |

```
JPMorgan Chase Bank, N.A.              (p)JEFFERSON CAPITAL SYSTEMS LLC      LVNV Funding LLC
National Bankruptcy Department         PO BOX 7999                           c/o Resurgent Capital Services
P.O. Box 29505 AZ1-5757                SAINT CLOUD MN 56302-7999             PO Box 10587
Phoenix AZ 85038-9505                                                        Greenville, SC 29603-0587


LVNV Funding, LLC                      MOHELA                                (p)MOHELA
Resurgent Capital Services             120 N Seven Oaks Drive                CLAIMS DEPARTMENT
PO Box 10587                           Knoxville, TN 37922-2359              633 SPIRIT DRIVE
Greenville, SC 29603-0587                                                    CHESTERFIELD MO 63005-1243


Midland Credit Management, Inc.        Mr. Cooper                            (p)NATIONSTAR MORTGAGE LLC
PO Box 2037                            8950 Cypress Waters Boulevard         PO BOX 619096
Warren, MI 48090-2037                  Coppell, TX 75019-4620                DALLAS TX 75261-9096


Navient                                Navient                               Office of the United States Trustee
Attn:  Bankruptcy                      Po Box 300001                         1000 Liberty Avenue
Po Box 9500                            Greenville, TX 75403-3001             Suite 1316
Wilkes Barre, PA 18773-9500                                                  Pittsburgh, PA 15222-4013


(p)PNC BANK RETAIL LENDING             PNC Financial                         Pennsylvania Department of Revenue
P O BOX 94982                          PO Box 71335                          Bankruptcy Division
CLEVELAND OH 44101-4982                Cleveland, OH 44191-0535              P.O. Box 280946
                                                                             Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue          Peoples Natural Gas Company LLC       Jennifer N. Shepherd
Department 280946                      GRB Law                               26 Arlor Drive
P.O. Box 280946                        c/o Jeffrey R. Hunt, Esquire          Pittsburgh, PA 15214-2139
ATTN: BANKRUPTCY DIVISION              525 William Penn Place, Suite 3110
Harrisburg, PA 17128-0946              Pittsburgh, PA 15219-1753


Jeremy B. Shepherd                     Ryan Starks                           Kenneth Steidl
26 Arlor Drive                         Brock & Scott PLLC                    Steidl & Steinberg
Pittsburgh, PA 15214-2139              3825 Forrestgate Dr.                  Suite 2830 Gulf Tower
                                       Winston-Salem, NC 27103-2930          707 Grant Street
                                                                             Pittsburgh, PA 15219-1908


Synchrony Bank/Care Credit             Synchrony Bank/Care Credit            Synchrony Bank/Sams Club
Attn: Bankruptcy                       Po Box 71757                          Attn: Bankruptcy
Po Box 965060                          Philadelphia, PA 19176-1757           Po Box 965060
Orlando, FL 32896-5060                                                       Orlando, FL 32896-5060


Synchrony Bank/Sams Club               (p)TD BANK USA N A                    Target
Po Box 71727                           ATTN C/O WEINSTEIN & RILEY P S        Po Box 673
Philadelphia, PA 19176-1727            1415 WESTERN AVE                      Minneapolis, MN 55440-0673
                                       SUITE #700
                                       SEATTLE WA 98101-2051


Target                                 US Department of Education            US Department of Education/MOHELA 633 Spirit
c/o Financial & Retail Srvs            120 N Seven Oaks Drive                Chesterfield MO 63005-1243
Mailstop BT POB 9475                   Knoxville, TN 37922-2359
Minneapolis, MN 55440-9475
```

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>11625 N. Community House Rd<br>Charlotte, NC 28277-1581 | Wells Fargo Home Mortgage<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Western PA Surgery Center<br>6001 Stonewood Drive<br>Wexford, PA 15090-7380 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Keri P. Ebeck<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Stephen Russell Franks<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |
| MOHELA<br>Attn: Bankruptcy<br>633 Spirit Dr<br>Chesterfield, MO 63005 | Nationstar Mortgage LLC<br>ATTN: Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 |
| (d)PNC Bank, National Association<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | (d)PNC Financial<br>1 Financial Pkwy<br>Kalamazoo, MI 49009 | (d)PNC Financial<br>Attn: Bankruptcy<br>300 Fifth Avenue<br>Pittsburgh, PA 15222 |
| (d)PNC Financial Services<br>Attn: Bankruptcy<br>300 Fifth Ave<br>Pittsburgh, PA 15222 | (d)PNC Financial Services<br>PO Box 747032<br>Pittsburgh, PA 15274 | (d)Pnc Mortgage<br>Attn: Bankruptcy<br>8177 Washington Church Rd,<br>Dayton, OH 45458 |
| (d)Pnc Mortgage<br>Po Box 8703<br>Dayton, OH 45401 | TD Bank USA, N.A.<br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700<br>SEATTLE, WA 98101 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Daughter | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | (u)JPMORGAN CHASE BANK, N.A. |

(u)Nationstar Mortgage LLC             (u)PNC BANK, NATIONAL ASSOCIATION             (u)Sallie Mae P.O. Box 3319 Wilmington DE 198

**End of Label Matrix**
**Mailable recipients**    63
**Bypassed recipients**     6
**Total**                  69