**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JEREMY B. SHEPHERD<br>JENNIFER N. SHEPHERD<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　Movant<br>　　vs.<br>US DEPARTMENT OF EDUCATION++<br><br>　　　　　　Respondents | Case No. 24-20435CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION++<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO 63179 | Court claim# 24/Trustee CID# 26 |

The Movant further certifies that on 06/24/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
JEREMY B. SHEPHERD, JENNIFER N. SHEPHERD, 26 ARLOR DRIVE, PITTSBURGH, PA  15214

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA  15219

:
DEPARTMENT OF EDUCATION/MOHELA, 633 SPIRIT DR, CHESTERFIELD, MO  63005

ORIGINAL CREDITOR:
US DEPARTMENT OF EDUCATION++, C/O DEPARTMENT OF EDUCATION/MOHELA, PO BOX 790453, ST LOUIS, MO  63179

NEW CREDITOR: