**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/23/2026

IN RE:

JEREMY B. SHEPHERD
JENNIFER N. SHEPHERD
26 ARLOR DRIVE
PITTSBURGH, PA  15214
XXX-XX-0438          Debtor(s)

XXX-XX-3584

Case No.24-20435 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/23/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WH BURKLEY LLP(*)**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br><br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BROCK & SCOTT PLLC***<br>3825 FORRESTGATE DR<br><br>WINSTON SALEM, NC  27103 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  WELLS FARGO BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PNC BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALBERTELLI LAW**<br>14000 COMMERCE PARKWAY STE H<br><br>MT LAUREL, NJ  08054 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE AUTO FINANCE**<br>POB 60511<br><br>CITY OF INDUSTRY, CA  91716 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PD OUTSIDE/PL*AIS PRAE~DOC 15~ACCT 4433 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1001 |
| **JPMORGAN CHASE BANK NA**<br>NATIONAL BANKRUPTCY DEPARTMENT<br>PO BOX 901032<br><br>FT WORTH, TX  76101-2032 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  10,362.40<br>COMMENT:  10707@0%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0105 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH  45342 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  0.00<br>COMMENT:  2ND~PMT/PL-CL*560.87X60+2=LMT*BGN 3/24*$0ARRS | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4133 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  0.00<br>COMMENT:  $845.44/PL@WFHM*813.68X60+2=LMT*$0ARRS | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  4069 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AIDVANTAGE**<br>PO BOX 300001<br><br>GREENVILLE, TX 75403 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: MOVED TO CID 42 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9497 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 0.00<br>COMMENT: X6443/SCH@ADVANTG*PMT/CONF-STIP*25X60+2=LMT*1500TTL/PL@SPEC*CL=13( | | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 3584 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br>WILMINGTON, DE 19804 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 0.00<br>COMMENT: X5508/SCH@AIDVNTG*PMT/CONF-STIP*25X60+2=LMT*1500TTL/PL@SPEC*CL=122 | | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 3584 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA\*\***<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4391 |
| **BANK OF AMERICA\*\***<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0121 |
| **BANK OF AMERICA\*\***<br>RETAIL PAYMENT SERVICES<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8948 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE 19886-5102 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:21<br><br>CLAIM: 7,311.72<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7201 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 8,623.64<br>COMMENT: BBY/CITIBANK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5939 |
| **CITIBANK NA**<br>400 WHITE CLAY CENTER DR<br><br>NEWARK, DE 19711 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 21,007.62<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9195 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **CITIBANK NA**<br>400 WHITE CLAY CENTER DR<br><br>NEWARK, DE  19711 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  7,139.42<br>COMMENT:  SEARS | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0094 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI  48090 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  3,411.79<br>COMMENT:  CITIBANK | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3803 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  16,327.49<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2293 |
| **US DEPARTMENT OF EDUCATION**<br>PO BOX 790322<br><br>ST LOUIS, MO  63179-0322 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  0.00<br>COMMENT:  PMT/STIP*25X60+2=LMT*17829.36/CL*MOHELA/SCH*TIMELY | | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  3584 |
| **AIDVANTAGE O/B/O THE DEPARTMENT OF EDUC**<br>PO BOX 4450<br><br>PORTLAND, OR  97208 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:22<br><br>CLAIM:  0.00<br>COMMENT:  PMT/STIP*25X60+2=LMT*CL=28993.14*NAVIENT/SCH*TIMELY | | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  0438 |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790453<br>ST LOUIS, MO  63179 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  0.00<br>COMMENT:  PMT/STIP*25X60+2=LMT*27546.23/CL*TIMELY | | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  3584 |
| **NAVIENT**<br>PO BOX 300001<br><br>GREENVILLE, TX  75403 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMB @ 25 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0727 |
| **NAVIENT**<br>PO BOX 300001<br><br>GREENVILLE, TX  75403 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMB @ 25 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1105 |
| **NAVIENT**<br>PO BOX 300001<br><br>GREENVILLE, TX  75403 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMB @ 25 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0504 |
| **NAVIENT**<br>PO BOX 300001<br><br>GREENVILLE, TX  75403 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMB @ 25 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0727 |

| Creditor | Claim Info | Description |
|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 18,070.89<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7794 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 14,366.71<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4063 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 4,859.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8503 |
| **JEFFERSON CAPITAL SYSTEMS LLC(*)**<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 3,209.72<br>COMMENT: SYNCHRONY/CARE CRDT*REF 3906295706 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2049 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,668.59<br>COMMENT: SAMS/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1276 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 2,399.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4935 |
| **WESTERN PA SURGERY**<br>6001 STONEWOOD DR<br>WEXFORD, PA  15090 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DAUGHTER?/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: NT/SCH*CAP 1*STALE CL@ $2719.88 W/D*DOC 24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2631 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **COURT OF COMMON PLEAS - ALLEGHENY COU**<br>FIFTH JUDICIAL DISTRICT OF PA<br>440 ROSS ST 5TH FL ADMIN WING<br>PITTSBURGH, PA 15219-2117 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **SALLIE MAE**<br>PO BOX 3319<br>WILMINGTON, DE 19804-4319 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: CO-SIGNED*PMT/CONF-STIP* 25X60+2=LMT*1500 TTL/PL@SPEC*AIDVANTAGE/SC | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 3584 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 772.50<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8512 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 12,664.75<br>COMMENT: NT/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5811 |