**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEREMY B. SHEPHERD
JENNIFER N. SHEPHERD
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:24-20435

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/23/2024 and confirmed on 04/17/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 68,474.00 |
| Less Refunds to Debtor | 226.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,247.86 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 4,085.44 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,585.44 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| PNC BANK NA | 0.00 | 16,763.36 | 0.00 | 16,763.36 |
| Acct: 4133 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 26,353.42 | 0.00 | 26,353.42 |
| Acct: 4069 | | | | |
| COURT OF COMMON PLEAS - ALLEGHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| JPMORGAN CHASE BANK NA | 10,362.40 | 5,112.40 | 0.00 | 5,112.40 |
| Acct: 0105 | | | | |
| | | | | 48,229.18 |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEREMY B. SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEREMY B. SHEPHERD | 226.14 | 226.14 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Priority | | | | | |
| | STEIDL & STEINBERG PC<br>Acct: | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| | * * * N O N E * * * | | | | |
| Unsecured | | | | | |
| | SALLIE MAE BANK<br>Acct: 3584 | 0.00 | 675.00 | 0.00 | 675.00 |
| | SALLIE MAE BANK<br>Acct: 3584 | 0.00 | 675.00 | 0.00 | 675.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 3584 | 0.00 | 1,550.00 | 0.00 | 1,550.00 |
| | AIDVANTAGE O/B/O THE DEPARTMENT O<br>Acct: 0438 | 0.00 | 1,550.00 | 0.00 | 1,550.00 |
| | US DEPARTMENT OF EDUCATION<br>Acct: 3584 | 625.00 | 625.00 | 0.00 | 625.00 |
| | SALLIE MAE<br>Acct: 3584 | 0.00 | 675.00 | 0.00 | 675.00 |
| | AIDVANTAGE<br>Acct: 9497 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ALLEGHENY HEALTH NETWORK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA**<br>Acct: 4391 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA**<br>Acct: 0121 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA**<br>Acct: 8948 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BANK OF AMERICA NA**<br>Acct: 7201 | 7,311.72 | 338.91 | 0.00 | 338.91 |
| | LVNV FUNDING LLC<br>Acct: 5939 | 8,623.64 | 399.73 | 0.00 | 399.73 |
| | CITIBANK NA**<br>Acct: 9195 | 21,007.62 | 973.74 | 0.00 | 973.74 |
| | CITIBANK NA**<br>Acct: 0094 | 7,139.42 | 330.93 | 0.00 | 330.93 |
| | MIDLAND CREDIT MANAGEMENT INC<br>Acct: 3803 | 3,411.79 | 158.14 | 0.00 | 158.14 |
| | DISCOVER BANK(*)<br>Acct: 2293 | 16,327.49 | 756.80 | 0.00 | 756.80 |
| | NAVIENT<br>Acct: 0727 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NAVIENT<br>Acct: 1105 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NAVIENT<br>Acct: 0504 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NAVIENT<br>Acct: 0727 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PNC BANK NA<br>Acct: 7794 | 18,070.89 | 837.61 | 0.00 | 837.61 |
| | PNC BANK NA<br>Acct: 4063 | 14,366.71 | 665.92 | 0.00 | 665.92 |
| | PNC BANK NA<br>Acct: 8503 | 4,859.35 | 225.24 | 0.00 | 225.24 |
| | JEFFERSON CAPITAL SYSTEMS LLC(*)<br>Acct: 2049 | 3,209.72 | 148.77 | 0.00 | 148.77 |
| | LVNV FUNDING LLC<br>Acct: 1276 | 2,668.59 | 123.70 | 0.00 | 123.70 |
| | TD BANK USA NA**<br>Acct: 4935 | 2,399.76 | 111.23 | 0.00 | 111.23 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| WESTERN PA SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2631 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 772.50 | 25.49 | 0.00 | 25.49 |
| Acct: 8512 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 12,664.75 | 587.03 | 0.00 | 587.03 |
| Acct: 5811 | | | | |
| WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALBERTELLI LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 11,433.24 |

TOTAL PAID TO CREDITORS 59,662.42

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 0.00 |
| SECURED | 10,362.40 |
| UNSECURED | 123.458.95 |

Date: 10/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com